UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT(s) biggdogg30@gmail.com and mg54548@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No.1:22-MJ-0001-BKE  **Filed Under Seal** |

## GOVERNMENT'S MOTION TO SEAL SEARCH WARRANT AND ALL RELATED PAPERS

COMES NOW, the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and moves the Court to **SEAL** the search warrant, this Motion, and all other related papers in the above-captioned case, showing the Court as follows:

1) On or about this date, a search warrant as captioned above was issued.

2) Publication of the search warrant and related papers could compromise this on-going investigation.

Respectfully submitted this 5th day of January 2022

DAVID H. ESTES
UNITED STATES ATTORNEY

*s/ JEREMAH JOHNSON*
Assistant United States Attorney
Georgia Bar No. 527699