# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT(s)
biggdogg30@gmail.com and mg54548@gmail.com

)
)
)
)
)
)

Case No. 1:22-MJ-0001-BKE

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |
| 18 U.S.C. § 2252A(a)(2) | Receipt and Distribution of Child Pornography |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Farrah Rajabi, Special Agent FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____Videoconference_____ *(specify reliable electronic means)*.

Date: _____01/05/2022_____

*Judge's signature*

City and state: Augusta, Georgia

Hon. Brian K. Epps, US Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT(s) biggdogg30@gmail.com and mg54548@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No.1:22-MJ-0001-BKE **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Farrah Rajabi, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with certain accounts that are stored at premises owned, maintained, controlled, or operated by Google LLC ("Google"), an electronic communications service and/or remote computing service provider headquartered at 1600 Amphitheater Parkway, Mountain View, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2.     I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since March 2020, and I am currently assigned to the Atlanta Division, Augusta Resident Agency.  Prior to my employment with the FBI, I was a Special Agent with Homeland Security Investigations beginning in June 2016. During that time, I led numerous federal investigations and wrote, prepared, and executed numerous search warrants. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.     This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography, and 18 U.S.C. § 2252A(a)(2), Receipt and Distribution of Child Pornography, have been committed by Mark Greene. There is also probable cause to search the information described in Attachment A for evidence and contraband of these crimes further described in Attachment B.

### JURISDICTION

5.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the

United States that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

**PROBABLE CAUSE**

6.     On Tuesday, February 18, 2020, at approximately 8:59 a.m., Georgia Bureau of Investigation (GBI) Special Agent (SA) Jackie Gittins was assigned **Cybertip 61309170** from the National Center of Missing and Exploited Children (NCMEC). It should be noted that information is received at NCMEC, Exploited Child Unit (ECU) regarding possible criminal violations such as Sexual Exploitation of Children or offenses involving the possession or distribution of child pornography. The information comes from several sources including Internet Service Providers (*i.e.,* Yahoo!, Google, Facebook, etc.) monitoring their network, law enforcement agencies, and civilians. The received information is reviewed by the ECU, and a limited amount of investigative action is undertaken. This action includes conducting checks of public databases, where applicable, to identify potential suspects as well as to determine which Internet Crimes Against Children (ICAC) Task Force will receive the report.

7.     **Cybertip 61309170** was submitted by Google and received by NCMEC on December 17, 2019, at 03:43:02 UTC. According to information contained in **Cybertip 61309170**, Google Reviewer identified twenty-five (25) files of suspected child pornography material located on the Google platform, specifically Google Photos and Google Drive.

8.     I am aware that Google Reviewer is an automated reviewing system that scans the Google platform for child sexual abuse content and flags any content that has previously been identified as child sexual abuse material or child pornography

content. When Google Reviewer identifies child sexual abuse material or child pornography content, a Cybertip is immediately and automatically generated and forwarded to NCMEC for review. Additionally, with respect to a portion of the Cybertip stating whether the file was reviewed by the company, when Google responds "Yes," it means that the contents of the reported file were viewed by a person concurrently to or immediately preceding the sending of the Cybertip. When Google responds "No," it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography.

9.     The following additional information was provided in the report for **Cybertip 61309170**:

**Suspect:**
Name: Mark Greene
Mobile Phone: +17622156242 (Verified 12-11-2019 06:04:40 UTC)
Email Address: biggdogg30@gmail.com (Verified)
Email Address: mg54548@gmail.com


**Additional Information Submitted by the Reporting ESP:**
Google became aware of the reported content which was stored in Google Photos and Google Drive infrastructure.


**Uploaded File Information**
Number of uploaded files: 25


10.     SA Gittins reviewed all twenty-five (25) files that were reported to NCMEC by Google and noted that multiple files were indicative of the sexual exploitation of children and depicted child pornography. Below is a sampling of the

files that were reviewed by a person working for Google concurrently to or immediately preceding being reported to NCMEC and reviewed by SA Gittins:

Filename **"Google-CT-RPT-7d7e387f3bed596761c7c5dce079f8d9-509e30d7-8070-413a-bfed-464634470538"** depicts a Caucasian pubescent male child standing up and naked. The male child's body is depicted from the torso down. The male child's body appears to be wet and the child appears to be urinating. There is the development of pubic hair noted around the child's groin area.

Filename **"Google-CT-RPT-a83530a1435f6d7332e3ccf33e78f6aa-3ada8198-a59a-4da0-91e7-a015ca17eead"** depicts a Caucasian male child laying on his back. The male child is naked and depicted from the chest down. The child's white underwear has been pulled down to the child's ankles. The child's erect penis is visible and the child's hand is positioned at the base of the penis.

Filename **"Google-CT-RPT-efbc23a076d5612f8605de463a8fa295-xgaybaby.com"** depicts two Caucasian male children. One child is wearing a striped t-shirt that has been pulled up to his chest and his pants have been pulled down to his thigh exposing the child's penis. The child's right hand is positioned on the child's stomach while his other hand is in a fist near the child's penis. The second child appears to be crouched down next to the child standing up and has placed both his hands and the other child's thigh. Only a portion of the second child's body is depicted in the frame and the child is wearing a shirt.

11.     The GBI Child Exploitation and Computer Crimes (CEACC) Unit previously submitted a subpoena to Comcast for customer, payment, and account information as well as an IP history report for IP address 2600:100:8000:2C60:B931:CBAF:687D:601E on October 4, 2019, at 08:34:15 UTC. A subpoena was submitted for this IP address on this date due to the fact that this IP address resolved back to Comcast which provides internet services to residential

customers. This IP address was used as a log-in by the reported user utilizing the phone number 762-215-6242 and email addresses biggdogg30@gmail.com and mg54548@gmail.com. Previous IP addresses dated closer to the date of incident resolved back to Sprint PCS, which provides internet services to mobile cell phones. Since users can utilize a mobile cell phone from anywhere, to include both at home and away from home, a residential IP address was subpoenaed in order to identify the subscriber of the residential account and more accurately identify the reported user and a location for the reported user. Comcast provided the following information for the subscriber of the above IP address:

> **Subscriber Information**
> Subscriber Name: Richard Greene
> Service Address: 3192 Georgia Ave, Appling, GA 30802
> Billing Address: 3192 Georgia Ave, Appling, GA 30802
> Telephone #: 706-541-9220
> Type of Service: High Speed Internet Service
> Account Number: 8396120030361035
> Start of Service: Unknown
> Account Status: Active
> Email User IDs: richardagreene@comcast.net , planetgreene1@comcast.net , prettyprettypapa@comcast.net, prettiest1@comcast.net , prettypapa@comcast.net, mgreene84@comcast.net.

12.     On Monday, April 20, 2020, at approximately 6:30 p.m., SA Gittins generated a subpoena addressed to Google for customer, payment, and account information as well as IP history logs for the following Gmail accounts: biggdogg30@gmail.com and mg54548@gmail.com. SA Gittins later received the subpoena production orders and noted the following for the mg54548@gmail.com account: The account was created on September 14, 2012, and the name associated

with this account is "MG." The account recovery email is

mark.greene32407@gmail.com, and the recovery SMS is 762-215-6242. SA Gittins

noted the following for the biggdogg30@gmail.com account: The account was created

on May 19, 2005, and the name associated with the account is "Mark Greene." The

account recovery email is mg54548@gmail.com, and the recovery SMS is 762-215-

6242. It should be noted that the phone number 762-215-6242 was identified by

Google in **Cybertip 61309170** as the reported user's phone number.

13.     On Wednesday, April 22, 2020, SA Gittins began reviewing 17

associated Cybertips related to **Cybertip 61309170**. The 17 associated Cybertips are

as follows: 61307733, 61366952, 61368167, 61809138, 61813118, 62092734,

62111068, 62116072, 62117866, 62163339, 62257877, 62258938, 62297907,

62299124, 62306565, 62307470, and 62308441. All 17 associated Cybertips identify

the reported user as follows:

**Suspect**
Name: Mark Greene
Mobile Phone: +17622156242 (Verified 12-11-2019 06:04:40 UTC)
Email Address: biggdogg30@gmail.com
Email Address: mg54548@gmail.com

14.     SA Gittins reviewed all 17 associated Cybertips in their entirety and

noted that the Cybertips contain files indicative of the sexual exploitation of children

and child pornography material. Below is a sampling of the Cybertips and the

reported images indicative of the sexual exploitation of children.

15.     **Cybertip 61307733** was reported by Google Reviewer and received by

NCMEC on December 17, 2019 at 02:52:49 UTC. The Cybertip is concerning a user

uploading 197 files of suspected child pornography material to the Google platform, specifically Google Photos and Google Drive. The files of suspected child pornography were submitted by Google for NCMEC to review. The following information was provided in the Cybertip:

### Incident Information

Incident Type: Child Pornography (possession, manufacture, and distribution)

Incident Time: 12-16-2019 02:19:17 UTC

Description of Incident Time: The incident date refers to the approximate date and time Google became aware of the reported material.

### Additional Information Submitted by the Reporting ESP

Google became aware of the reported content which was stored in Google Photos and Google Drive infrastructure.

### Uploaded File Information

Number of Uploaded Files: 197

16.    **Cybertip 61366952** was reported by Google Reviewer and received by NCMEC on December 18, 2019 at 09:20:40 UTC. The Cybertip is concerning a user uploading 9 files of suspected child pornography to the Google platform, specifically Google Photos and Google Drive. The files of suspected child pornography were submitted by Google to NCMEC for review. The following information was provided in the Cybertip:

### Incident Information

Incident Type: Child Pornography (possession, manufacture, and distribution)

Incident Time: 12-18-2019 09:20:38 UTC
Description of Incident Time: The incident date refers to the approximate date and time Google became aware of the reported material.

**Additional Information Submitted by the Reporting ESP**

Google became aware of the reported content which was stored in Google Photos and Google Drive infrastructure.

**Uploaded File Information**

Number of uploaded files: 9

17.     SA Gittins reviewed a random sampling of the 9 files that were reported to NCMEC by Google and noted that the files were indicative of the sexual exploitation of children and contained child pornography files. Below is a sampling of the files that were reviewed by a person working for Google concurrently to or immediately preceding being reported to NCMEC and reviewed by SA Gittins:

> **Filename "Google-CT-RPT-e4e579c374f6bd7a3f161f85691a81a4-554d9a03-e4fd-4b02-9c49-1609c371cff2.png"** depicts an Asian pubescent male child lounging in a chair. The child is wearing a white shirt that is pulled up above the belly button. The child is naked from the waist down exposing the child's erect penis to the camera. The child is holding his erect penis with one hand. There is no presence of pubic hair noted around the child's groin area.

> **Filename "report_5445925464089412181"** depicts a Caucasian pre-pubescent male child laying on his back. The child is wearing a blue and orange striped shirt that is pulled up above his belly button. The child is naked from the waist down exposing the child's uncircumcised penis to the camera. The child is holding his penis with one hand. There is no presence of pubic hair noted around the child's groin area.

18.     **Cybertip 62111068** was reported by Google Reviewer and received by NCMEC on December 30, 2019 at 05:34:10 UTC. The Cybertip is concerning a user

uploading 1 file of suspected child pornography onto the Google platform. The file of suspected child pornography were submitted by Google to NCMEC for review. The following information was provided in the Cybertip:

### Incident Information:

Incident Type: Child Pornography (possession, manufacture, and distribution)

Incident Time: 12-30-2019 05:30:12 UTC

Description of Incident Time: The incident date refers to the approximate date and time Google became aware of the reported material.

### Additional Information Submitted by the Reporting ESP

Google became aware of the reported content which was stored in the Google Drive infrastructure.

### Uploaded File Information

Number of uploaded files: 1

19.    The file was reviewed by a person working for Google concurrently to or immediately preceding being reported to NCMEC and reviewed by SA Gittins:

**Filename "Google-CT-RPT-3f1aa2d44a71efa0b20c00be03984be6-efb8e895-f875-45ea-9bfb-bd57649c29de.png"** depicts a Caucasian pre-pubescent female child who is naked and laying on a bed with blue and white bedding. The child appears to be asleep. The child's legs are spread apart exposing the child's bare vagina. The child's vagina is the focal point. There is no presence of breast development or pubic hair around the child's vaginal area.

20.    **Cybertip 62117866** was reported by Google Reviewer and received by NCMEC on December 30, 2019 at 08:23:17 UTC. The Cybertip is concerning a user

uploading 15 files of suspected child pornography to the Google platform, specifically Google Photos and Google Drive. The files of suspected child pornography were submitted by Google to NCMEC for review. The following information was provided in the Cybertip:

**Incident Information**

Incident Type: Child Pornography (possession, manufacture, and distribution)

Incident Time: 12-30-2019 07:38:53 UTC

Description of Incident Time: The incident date refers to the approximate date and time Google became aware of the reported material.

**Additional Information Submitted by the Reporting ESP**

Google became aware of the reported content which was stored in Google Photos and Google Drive infrastructure.

**Uploaded File Information**

Number of uploaded files: 15

21.    SA Gittins reviewed a random sampling of the 15 files that were reported to NCMEC by Google and noted that the files were indicative of the sexual exploitation of children and contained child pornography material. Below is a sampling of the files that were reviewed by a person working for Google concurrently to or immediately preceding being reported to NCMEC and reviewed by SA Gittins:

**Filename "Google-CT-RPT-dca4446179fa2a16dd182345135e940e-4"** depicts a close-up image of Caucasian male child with another male's uncircumcised penis positioned in close proximity to the child's mouth. There is a cloudy substance (resembling semen) around the tip of the penis and on the child's chin. The child's hand is positioned on his forehead. The child does not appear to be wearing a shirt.

Filename **"report_12028767930133988647.jpg"** depicts a Caucasian pre-pubescent male child who is naked and positioned on his knees. The child's left hand is placed on his hip and his right hand is positioned behind him. The child's penis is visible to the camera. There is no pubic hair noted around the child's groin area.

Filename **"report_14792491624951697899.jpg"** depicts a Caucasian pre-pubescent male child sitting with his knees bent and legs behind him. The child's right hand is positioned on his chin and the left hand is resting on his leg. The child's penis is exposed to the camera. There is no pubic hair noted around the child's groin area.

22.    On Thursday, June 4, 2020, GBI SA Jackie Gittins obtained a search warrant from Columbia County Magistrate Court Judge Jason Troiano for the residence located at 3192 Georgia Avenue, Appling, Columbia County, Georgia.

23.    On Friday, June 5, 2020, the GBI executed a search warrant on the residence located at 3192 Georgia Avenue, Appling, Georgia. GBI made contact with Richard Greene, the father of Mark Greene, who advised that his son had been kicked out the residence on the prior day (June 4, 2020). The GBI were advised that Mark Greene's belongings had been placed into four (4) plastic containers and a wooden dresser and stored in the basement.  Ronald Greene, Mark Greene's brother, escorted the GBI to the basement and directed agents to four (4) plastic containers and a wooden dresser as belonging to Mark Greene.

24.    GBI agents recovered a black in color, Nook tablet, Model BENTV450, S/N 60804320003050 with a 32 GB MicroSD card located in one of the four plastic containers allegedly belonging to Mark Greene. The GBI conducted an on-scene

preview of the 32 GB MicroSD which revealed 24 images of apparent child pornography all stored in a root folder named "Mark."

25.     In order to locate Mark Greene, the GBI contacted the Department of Community Supervision (DCS) and spoke with Mark Greene's assigned probation officer, Kateidra Maddox. Kateidra Maddox contacted Mark Greene and instructed him to report to the DCS office located at 3439 Mike Padgett Highway, Augusta, Georgia.

26.     Once Mark Greene arrived at the DCS office, GBI SA Jackie Gittins met with Mark Greene in a private interview room where SA Gittins informed him of his Miranda Rights which Mark Greene waived verbally and additionally signed a GBI Waiver of Rights form. During the interview, Mark Greene advised that he had lived at 3192 Georgia Avenue, Appling, Georgia for approximately 1 year and a half or two years.  Mark Greene acknowledged that he had belongings at 3192 Georgia Avenue which were stored in four large plastic containers in the basement.  Mark Greene further acknowledged having electronic devices stored in the plastic containers, including a Nook tablet.  Additionally, Mark Greene acknowledged that he subscribed to email addresses mg54548@gmail.com and biggdogg30@gmail.com but stated that he could not remember the passwords for these email accounts.

27.     At the conclusion of the interview, Mark Greene stated that he had an Apple iPad which was located in his hotel room. Mark Greene further advised that he was staying at the Baymont hotel, room 209, located off Dyess Parkway.  GBI SA

Gittins determined this hotel to be the Baymont hotel located at 461 Park West Drive, Grovetown, Columbia County, Georgia.

28.    Following the interview, the GBI placed Mark Greene under arrest for Possession of Child Pornography and Distribution of Child Pornography under Georgia law. Mark Greene was transported from the DCS office to the Columbia County Jail by a Columbia County Sheriff's Deputy. As of the current date, Mark Greene is incarcerated in the Columbia County jail where he has been held continuously since the date of his arrest.

29.    On June 5, 2020, GBI SA Jackie Gittins obtained a search warrant from Columbia County Magistrate Court Judge Jason Troiano for Baymont hotel, room 209 located at 461 Park West Drive, Grovetown, Columbia County, Georgia.

30.    Upon approaching the door of room 209, GBI agents knocked on the door without receiving an answer. The GBI then used a keycard to gain access to the room which had no occupants. A number of items of interest were recovered from the hotel room to include a San Disk 32GB USB/Micro flash drive which contained additional apparent child pornography.

31.    Following the execution of the search warrant, GBI SA Gittins traveled to the Columbia County Detention Center for the purpose of conducting a follow-up interview with Mark Greene. SA Gittins informed him of his Miranda Rights which Mark Greene waived verbally and additionally signed a GBI Waiver of Rights form. During the interview, Mark Greene stated that he checked into Baymont hotel room 209 on June 4, 2020. SA Gittins advised Mark Greene that additional child

pornography had been discovered on a San Disk 32GB USB/Micro flash drive located in the hotel room. Mark Greene acknowledge ownership of the flash drive and advised that he had saved child pornography images on the device.

## BACKGROUND CONCERNING GOOGLE[1]

32.     Google is a United States company that offers to the public through its Google Accounts a variety of online services, including email, cloud storage, digital payments, and productivity applications, which can be accessed through a web browser or mobile applications. Google also offers to anyone, whether or not they have a Google Account, a free web browser called Google Chrome, a free search engine called Google Search, a free video streaming site called YouTube, a free mapping service called Google Maps, and a free traffic tracking service called Waze. Many of these free services offer additional functionality if the user signs into their Google Account.

33.     In addition, Google offers an operating system ("OS") for mobile devices, including cellular phones, known as Android. Google also sells devices, including laptops, mobile phones, tablets, smart speakers, security cameras, and wireless routers. Users of Android and Google devices are prompted to connect their device to a Google Account when they first turn on the device, and a Google Account is required for certain functionalities on these devices.

---

[1]     The information in this section is based on information published by Google on its public websites, including, but not limited to, the following webpages: the "Google legal policy and products" page available to registered law enforcement at lers.google.com; product pages on support.google.com; or product pages on about.google.com.

34.     Signing up for a Google Account automatically generates an email address at the domain gmail.com. That email address will be the log-in username for access to the Google Account.

35.     Google advertises its services as "One Account. All of Google working for you." Once logged into a Google Account, a user can connect to Google's full suite of services offered to the general public, described in further detail below. In addition, Google keeps certain records indicating ownership and usage of the Google Account across services, described further after the description of services below.

36.     Google provides email services (called Gmail) to Google Accounts through email addresses at gmail.com or enterprise email addresses hosted by Google. Gmail can be accessed through a web browser or a mobile application. Additional email addresses ("recovery," "secondary," "forwarding," or "alternate" email addresses) can be associated with the Google Account by the user. Google preserves emails associated with a Google Account indefinitely, unless the user deletes them.

37.     Google Drive is a cloud storage service automatically created for each Google Account. Users can store an unlimited number of documents created by Google productivity applications like Google Docs (Google's word processor), Google Sheets (Google's spreadsheet program), Google Forms (Google's web form service), and Google Slides, (Google's presentation program). Users can also upload files to Google Drive, including photos, videos, PDFs, and text documents, until they hit the storage limit. Users can set up their personal computer or mobile phone to

automatically back up files to their Google Drive Account. Each user gets 15 gigabytes of space for free on servers controlled by Google and may purchase more through a subscription plan called Google One. In addition, Google Drive allows users to share their stored files and documents with up to 100 people and grant those with access the ability to edit or comment. Google maintains a record of who made changes when to documents edited in Google productivity applications. Documents shared with a user are saved in their Google Drive in a folder called "Shared with me." Google preserves files stored in Google Drive indefinitely, unless the user deletes them.

38.     Google offers a cloud-based photo and video storage service called Google Photos. Users can share or receive photos and videos with others. Google Photos can be trained to recognize individuals, places, and objects in photos and videos and automatically tag them for easy retrieval via a search bar. Users have the option to sync their mobile phone or device photos to Google Photos. Google preserves files stored in Google Photos indefinitely, unless the user deletes them.

39.     Google integrates its various services to make it easier for Google Accounts to access the full Google suite of services. For example, users accessing their Google Account through their browser can toggle between Google Services via a toolbar displayed on the top of most Google service pages, including Gmail and Drive. Google Hangout, Meet, and Chat conversations pop up within the same browser window as Gmail. Attachments in Gmail are displayed with a button that allows the user to save the attachment directly to Google Drive. If someone shares a

document with a Google Account user in Google Docs, the contact information for that individual will be saved in the user's Google Contacts. Google Voice voicemail transcripts and missed call notifications can be sent to a user's Gmail account. And if a user logs into their Google Account on the Chrome browser, their subsequent Chrome browser and Google Search activity is associated with that Google Account, depending on user settings.

40. When individuals register with Google for a Google Account, Google asks users to provide certain personal identifying information, including the user's full name, telephone number, birthday, and gender. If a user is paying for services, the user must also provide a physical address and means and source of payment.

41. Google typically retains and can provide certain transactional information about the creation and use of each account on its system. Google captures the date on which the account was created, the length of service, log-in times and durations, the types of services utilized by the Google Account, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website or using a mobile application), details about the devices used to access the account, and other log files that reflect usage of the account. In addition, Google keeps records of the Internet Protocol ("IP") addresses used to register the account and accept Google's terms of service, as well as the IP addresses associated with particular logins to the account. Because every device that connects to the Internet

must use an IP address, IP address information can help to identify which computers or other devices were used to access the Google Account.

42.     Google maintains the communications, files, and associated records for each service used by a Google Account on servers under its control. Even after a user deletes a communication or file from their Google Account, it may continue to be available on Google's servers for a certain period of time.

43.     In my training and experience, evidence of who was using a Google account and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above.  This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion.

44.     Based on my training and experience, messages, emails, voicemails, photos, videos, documents, and internet searches are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation.  Thus, stored communications and files connected to a Google Account may provide direct evidence of the offenses under investigation.  In the instant case, it may reveal the presence of more contraband images as well as confirm the presence of the illegal images described above.

45.     In addition, the user's account activity, logs, stored electronic communications, and other data retained by Google can indicate who has used or controlled the account.  This "user attribution" evidence is analogous to the search

for "indicia of occupancy" while executing a search warrant at a residence. For example, subscriber information, email and messaging logs, documents, and photos and videos (and the data associated with the foregoing, such as geo-location, date and time)]] may be evidence of who used or controlled the account at a relevant time. As an example, because every device has unique hardware and software identifiers, and because every device that connects to the Internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

46.     Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information on the account may indicate the owner's motive and intent to commit a crime (*e.g.,* information indicating a plan to commit a crime), or consciousness of guilt (*e.g.,* deleting account information in an effort to conceal evidence from law enforcement).

47.     Other information connected to the use of a Google account may lead to the discovery of additional evidence. For example, the apps downloaded from the Google Play store may reveal services used in furtherance of the crimes under investigation or services used to communicate with co-conspirators. In addition, emails, instant messages, Internet activity, and documents can lead to the

identification of co-conspirators and instrumentalities of the crimes under investigation.

48.     Therefore, Google's servers are likely to contain stored electronic communications and information concerning subscribers and their use of Google services.  In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users.

## **CONCLUSION**

49.     Based on the forgoing, I request that the Court issue the proposed search warrant.

50.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving the warrant on Google.  Because the warrant will be served on Google, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

*Signatures on next page.*

Respectfully submitted,

_____
Farrah Rajabi
Special Agent
United States Department of Justice
Federal Bureau of Investigation

Sworn to me through reliable electronic
means in accordance with Federal Rule
of Criminal Procedure 4.1.

Date: January 5, 2022

Augusta, Georgia
_____
City and State

_____
HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with biggdogg30@gmail.com and mg54548@gmail.com ("the Accounts") that are stored at premises owned, maintained, controlled, or operated by Google LLC a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

**Particular Things to be Seized**

## I. Information to be disclosed by Google LLC ("Google")

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google, Google is required to disclose to the government for each account or identifier listed in Attachment A the following information from August 1, 2019 to June 5, 2020, unless otherwise indicated:

    a.    All business records and subscriber information, in any form kept, pertaining to the Account, including:

        1.    Names (including subscriber names, user names, and screen names);

        2.    Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

        3.    Telephone numbers, including SMS recovery and alternate sign-in numbers;

        4.    Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

        5.    Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, Google Voice numbers, and alternate sign-in numbers

        6.    Length of service (including start date and creation IP) and types of service utilized;

7. Means and source of payment (including any credit card or bank account number); and

8. Change history.

b. All device information associated with the Account, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

c. Records of user activity for each connection made to or from the Account(s), including, for all Google services, the date, time, length, and method of connection, data transfer volume, user names, source and destination IP address, name of accessed Google service, and all activity logs;

d. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, and deleted emails; attachments; the source and destination addresses associated with each email; the size, length, and timestamp of each email; and true and accurate header information including the actual IP addresses of the sender and recipients of the emails.

e. The contents of all records associated with the account in Google Drive (including Docs, Sheets, Forms, and Slides), and other data uploaded, created, stored, or shared with the account including drafts and deleted records; the creation and change history of each record; accounts with access to or which previously accessed each record; any location, device, other Google service (such as Google Classroom or Google Group), or third party application associated with each record; and all associated logs, including access logs and IP addresses, of each record.

f. The contents of all media associated with the account in Google Photos, including: photos, GIFs, videos, animations, collages, icons, or other data uploaded, created, stored, or shared with the account, including drafts and deleted records; accounts with access to or which previously accessed each record; any location, device, or third-party application data associated with each record; and all associated logs of each record, including the creation and change history, access logs, and IP addresses.

Google is hereby ordered to disclose the above information to the government within fourteen

(14) days of issuance of this warrant.


**Information to be seized by the government**

All information described above in Section I that constitutes contraband

and/or evidence of violations of 18 U.S.C. § 2252A(a)(5)(B), Possession of Child

Pornography, and 18 U.S.C. § 2252A(a)(2), Receipt and Distribution of Child

Pornography, those violations involving Mark Greene and occurring after August 1,

2019, including, for each Account or identifier listed on Attachment A, information

pertaining to the following matters:

a.  All records, including those stored digitally, pertaining to the production, receipt, distribution, or possession of child pornography, as defined in 18 USC 2256(8), or to the production, receipt, distribution, or possession of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 USC 2256(2), including records and information relation to images or videos of suspected child pornography;

b.  Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

c.  Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

d.  The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information,

communications, other records and information disclosed pursuant to this warrant

in order to locate evidence, fruits, and instrumentalities described in this warrant.

The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.